**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-2327**

———————

MARTY R. FERGUSON,

Plaintiff – Appellant,

v.

CONSTELLATION ENERGY GROUP, INC.; ASSOCIATED BUILDERS AND
CONTRACTORS INCORPORATED AND AFFILIATES; STATE OF MARYLAND;
FRANK A. CAHN AND ASSOCIATES; BGE HOME PRODUCTS AND
SERVICES; BRYANT FERGUSON; WILLIE MAY FERGUSON; LABOR READY,

Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:08-cv-00274-RDB)

———————

Submitted:  April 8, 2009               Decided:  April 20, 2009

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marty R. Ferguson, Appellant Pro Se.   Barbara A. Gaughan,
CONSTELLATION ENERGY GROUP, Baltimore, Maryland; Robert M.
Gittins, William John Hickey, Rockville, Maryland; Charles J.
Butler, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland; Frank B. Cahn, III, LAW OFFICE OF FRANK B. CAHN,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty R. Ferguson appeals the district court's orders denying his motion for appointment of counsel and dismissing his civil complaint as frivolous and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ferguson v. Constellation Energy Group, Inc., No. 1:08-cv-00274-RDB (D. Md. Nov. 12, 2008; Nov. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED